RECEIVED
OCT 2 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| DIONDRE D. ROMERO<br>D.O.C. # 552062 | : | DOCKET NO. 16-cv-120 |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| DARRYL VANNOY ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 23] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the petitioner's objections to the Report and Recommendation;

The undersigned **ORDERS** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Alexandria, Louisiana this 25th day of October, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE